**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case No.: 26cv21832

ICE CAP ADVENTURES LTD. and
DAVID KELLY,

     *Plaintiffs,*

v.

OLIVER QI WANG, and RENNA HU

     *Defendants.*

_____/

## **SUMMONS**

TO:   OLIVER QI WANG
      33 PARK RD, APT 13
      BURLINGAME, CA 94010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**AINSWORTH + CLANCY, PLLC**
1826 Ponce De Leon Blvd
Coral Gables, FL 33134
Telephone: (305) 600-3816
Facsimile: (305) 600-3817

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Angela E. Noble

Dated:  Mar 19, 2026
      _____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case No.: 26cv21832

ICE CAP ADVENTURES LTD. and
DAVID KELLY,

  *Plaintiffs,*

v.

OLIVER QI WANG, and RENNA HU

  *Defendants.*

_____/

**<u>SUMMONS</u>**

TO: RENNA HU
   33 PARK RD, APT 13
   BURLINGAME, CA 94010

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**AINSWORTH + CLANCY, PLLC**
1826 Ponce De Leon Blvd
Coral Gables, FL 33134
Telephone: (305) 600-3816
Facsimile: (305) 600-3817

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Angela E. Noble

Dated: _____Mar 19, 2026_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts