UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-21832-CIV-MORENO**

ICE CAP ADVENTURES LTD, DAVID
KELLY,

        Plaintiffs,

vs.

OLIVER QI WANG, RENNA HU,

        Defendants.

_____/

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS CASE
AND GRANT LEAVE TO AMEND COMPLAINT AND ANSWER IN CASE
NO. 25-25413-CIV-MORENO TO INCLUDE THIS CAUSE OF ACTION**

THIS CAUSE came before the Court upon Complaint **(D.E. 1)**, filed on **March 18, 2026**.

THE COURT notes that the above-captioned matter involves the same parties and raises similar questions of law and fact as Case No. **25-25413-CIV-MORENO**, also pending before this Court. Therefore, in the interests of judicial economy, it is

ADJUDGED that the parties shall no later than **June 1, 2026**, file responses to show cause why the Court should not dismiss this case without prejudice and grant leave to amend the Complaint and Answer in Case No. **25-25413** to assert all claims and defenses that were raised in the above-captioned case. If the parties do not respond by that date, this case will be DISMISSED WITHOUT PREJUDICE and leave will be granted to amend the Complaint and Answer in Case No. **25-25413** to assert all claims and defenses that were raised in the above-captioned case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___/8___ of May, 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record